IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HCR CONSTRUCTION, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:21-CV-621-WKW [WO] |
| SES CIVIL AND ENVIRONMENTAL LLC, and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT ORDER

Before the court are Defendants' motion to compel arbitration (Doc. # 9) and the parties' joint motion for a consent order compelling arbitration (Doc. # 16). Upon consideration of the motions, it is ORDERED as follows:

(1) Defendants' unopposed motion to compel arbitration (Doc. # 9) is GRANTED;

(2) The parties' joint motion for a consent order compelling arbitration (Doc. # 16) is GRANTED;

(3) The parties are ORDERED to submit this dispute to arbitration in accordance with the Subcontract Agreement referenced in the motion to compel arbitration (Doc. # 9); and

2

(4)   This action is STAYED pending arbitration.  *See* 9 U.S.C. § 3.  The parties shall file a jointly prepared report regarding the status of arbitration proceedings on or before **February 4, 2022**, and every ninety (90) days thereafter, until this matter is resolved.

DONE this 5th day of November, 2021.

                                                    /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE